DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MARCIA SUPRIA,**
Appellant,

v.

**CHRISTIANA TRUST, A DIVISION OF WILMINGTON SAVINGS FUND
SOCIETY FSB, AS TRUSTEE FOR STANWICH MORTGAGE LOAN
TRUST, SERIES 2012-13, MICHAEL A. HAYNES CHARITABLE
REMAINDER TRUST IRA CORP., CALABRIA CONDOMINIUM
ASSOCIATION, INC., UNKNOWN TENANT #1, UNKNOWN TENANT #2,**
Appellees.

No. 4D15-2688

[March 23, 2016]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit,
Broward County; Joel T. Lazarus, Judge; L.T. Case No. CACE13027100.

Catherine A. Riggins, Miami, for appellant.

Thomas Wade Young and Joseph B. Towne of Lender Legal Services,
LLC, Orlando, for appellee Christiana Trust, A Division of Wilmington
Savings Fund Society FSB, As Trustee for Stanwich Mortgage Loan Trust,
Series 2012-13.

*ON CONFESSION OF ERROR*

PER CURIAM.

Pursuant to Appellee's Confession of Error, we reverse the trial court's
May 6, 2015 Final Summary Judgment and remand for further
proceedings.

*Reversed and Remanded.*

WARNER, GROSS and DAMOORGIAN, JJ., concur.

\*          \*          \*

**Not final until disposition of timely filed motion for rehearing.**